**Electronically Filed
Supreme Court
SCEC-22-0000386
15-JUN-2022
09:39 AM
Dkt. 5 ORD**

SCEC-22-0000386

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

KARL O. DICKS and JAMES RYAN MALISH, Plaintiffs,

vs.

STATE OF HAWAIʻI, OFFICE OF ELECTIONS, Defendant.

ORIGINAL PROCEEDING

ORDER DISMISSING COMPLAINT
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of plaintiffs Karl O. Dicks and James Ryan Malish's "Complaint," filed on June 13, 2022, the documents attached and submitted in support, and the record, this court lacks jurisdiction to consider the complaint. See HRS § 602-5; see also HRS §§ 11-172 and 632-1. Accordingly,

It is ordered that the complaint is dismissed.

DATED: Honolulu, Hawaiʻi, June 15, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

